In re Guardianship of Lindsay: Lindsay, Appellant, vs. Kamprud, Guardian, Respondent.

For the appellant: *Twesme & Twesme* of Galesville.
For the respondent: *John C. Quinn* of Galesville, and *Hale & Skemp* of La Crosse.

*By the Court.*—Order affirmed.

Cerminara, Administrator, and another, Appellants, vs. Tews Lime & Cement Company and another, Respondents.

For the appellants: *Eugene Wengert,* attorney, and *William L. Smith* and *Bloomquist, Watson & Lemke* of counsel, all of Milwaukee.
For the respondents: *Shaw, Muskat & Paulsen* of Milwaukee.

*By the Court.*—Judgment affirmed.